

# Operative Plasterers and Cement Masons International Association

## Local No. 3

Phone: 314-894-2345   4656 Baumgartner Road
Fax: 314-894-1923    St. Louis, Missouri 63129

### Signature Page

### Plasterers' Local #3 Contract

### Effective July 1, 2004 - June 30, 2009

Duby Plastering L.L.C.
(Name of Company)

300 Pocahontas drive
Jackson mo. 63755
(Address)

(573) 204-1420
(Phone)

James Duby
(Officer Name) (Please Print)

*James Duby*
(Officer Signature)

Date: 8-2-07

*John Klawis*
(Business Manager Local No. 3)

Date: 8-2-07